CGFD21 (10/17/05)



**ORDERED in the Southern District of Florida on July 6, 2006**



**John K Olson**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov
**Division:   Fort Lauderdale**

Case Number: 06−12578−JKO
Chapter: 13

**In re:**   *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Deighton Edwards
3520 Oaks Way # 605
Pompano Beach, FL 33069

SSN: xxx−xx−7719

```
CLERK
USBC
SDFL
FILED
7/6/06
```

## ORDER DISMISSING CASE

   It has been brought to the attention of the court that the deadline for filing or correcting deficiencies in the item(s) indicated below was **June 29, 2006** . The clerk has provided notice of these filing deficiencies to the debtor pursuant to Local Rule 1017−2(A)(1)(b).

> **Chapter 13 Plan due 06/29/2006**
> **Statement of Financial Affairs due 06/29/2006**
> **Summary of Schedules due 06/29/2006**
> **Declaration Re: Schedules due 06/29/2006**
> **Schedules A−J due 06/29/2006**

   The debtor has not met this deadline. Therefore, it is **ORDERED** that:

*Page 1 of 2*

1. In accordance with 11 U.S.C. § 105(a) and Local Rule 1017−2(A), this case is dismissed with

    prejudice as to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above–named debtor earlier than 180 days from entry of this order.

2. The trustee shall file a final report prior to the administrative closing of the case.

3. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, $220.00 for the balance of the filing fee as required by Local Rule 1017–2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

4. In accordance with Local Rule 1002–1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing and Administrative Fees in Installments and filing fees remain due from any previous case filed by the debtor.

###

Copies to:  All Parties of record

*Page 2 of 2*