UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 06-12578-BKC-JKO

IN RE:  DEIGHTON EDWARDS                    PROCEEDING UNDER CHAPTER 13
        XXX-XX-7719

## TRUSTEE'S FINAL REPORT OF ESTATE

Robin R. Weiner, Chapter 13 Trustee, hereby files this Final Report of Estate.

   Case Status: DISMISSED PRIOR TO CONFIRMATION
Petition Filed: June 14, 2006                 Case Confirmed:
Plan File Date:                               Case Closed Date: July 6, 2006

Total amount received from or on behalf of Debtor(s): $          .00
This amount was disbursed to Creditors as follows:
--------------------------------------------------------------------------

| Name | Type | Claim Amt. | Prin. Paid |
|---|---|---|---|
| Paid to Trustee: $ .00 | | Priority Creditors: $ | .00 |
| Paid to Attorney: $ .00 | | Secured Creditors: $ | .00 |
| Debtor(s) Refund: $ .00 | | Unsecured Creditors: $ | .00 |
| Clerk Fees: $ .00 | | Administrative Creditors: $ | .00 |
| Trustee Admin. Fees: $ .00 | | Total Disbursed: $ | .00 |

The Trustee respectfully reports the Estate has been properly and fully
administered in accordance with the requirements of the Bankruptcy Code and
Rules, and the Estate is ready for closing. Whereby, the Trustee respectfully
requests a final decree or order discharging the Trustee be entered, closing
the Estate, and granting such other and further relief as the Court may deem
just and proper.


Dated: August 31, 2006                    _____/s/_____
                                          Robin R. Weiner, Trustee